**In the United States District Court
for the District of Kansas**

_____

Case No. 26-cv-4006-TC-ADM

_____

ANGELIINA LYNN LAWSON,

*Plaintiff*

v.

ANDERSON COUNTY, KANSAS, ET AL.,

*Defendants*

_____

### ORDER

Plaintiff Angeliina Lawson filed this suit against Anderson County, Kansas, Tina Miller, Kelly Johnson, and Jolene Zirkle alleging that they violated her civil rights. Doc. 1. It appears that this suit is duplicative of others that Lawson has previously filed in the District of Kansas. *Compare* Doc. 1 (alleging violations Lawson's "ADA rights" regarding a state-court child custody dispute); *with Lawson v. Kansas Department of Children and Families, et al.*, No. 25-2171, Doc. 1 (same). Lawson has already sued these exact defendants for the reasons she does now. *See Lawson v. Godderz, et al.*, No. 25-1179 (suit against Miller, Johnson, and Zirkle). Lawson has filed at least four suits in the District of Kansas in addition to the instant suit, and all make the same claims that she does here. *See Lawson*, No. 25-2171; *Lawson v. Godderz, et al.*, No. 25-2199; *Lawson v. Bolton, et al.*, No. 25-2251; *Lawson*, 25-1179. Two of those suits were dismissed for judicial immunity and failure to state claim. *Lawson*, 25-2171, Doc. 48; *Lawson*, 25-2199, Doc. 33. She also sought to remove a state family law case to the District of Kansas. *Lawson v. Lawson*, No. 25-4045.

Lawson's Complaint raises questions about the propriety of this suit. *See Lawson*, No. 25-2171, Doc. 73 (Chief Judge's admonition that Lawson would be subject to filing restrictions if she were to continue to file motions that were "frivolous and without merit"). In particular, it appears that Lawson may be engaged in a pattern of vexatious and

frivolous litigation that is not grounded in good faith. *See Landrith v. Schmidt*, 732 F.3d 1171, 1174 (10th Cir. 2013) ("The right of access to the courts is neither absolute nor unconditional and there is no constitutional right of access to the courts to prosecute an action that is frivolous or malicious.").

Accordingly, Plaintiff Lawson is ordered to show cause within fourteen days why this suit should not be dismissed for lack of subject-matter jurisdiction, judicial immunity, *res judicata*, or failure to state a claim. The case is stayed pending Lawson's response to this Order, and Defendants, if served, are ordered not to answer until the stay is lifted. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."); *Baca v. Berry*, 806 F.3d 1262, 1269–70 (10th Cir. 2015).

It is so ordered.

Date: March 4, 2026            s/ Toby Crouse  
                                           Toby Crouse  
                                           United States District Judge