IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
03/24/2026
**Clerk, U.S. District Court**
**By:** MAM **Deputy Clerk**

ANGELIINA LYNN LAWSON,

Plaintiff,

V.

ANDERSON COUNTY, KANSAS, et al.,

Defendants.

Case No. 5:26-cv-04006

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Angeliina Lynn Lawson appeals to the United States Court of Appeals for the Tenth Circuit from: 1. the Order of Dismissal entered on March 16, 2026; and

2. the Judgment entered on March 16, 2026. Plaintiff has filed a timely motion under Fed. R. Civ. P. 59(e). This Notice of Appeal is filed protectively. To the extent Fed. R. App. P. 4(a)(4) applies, Plaintiff states that this Notice shall become effective upon entry of the order disposing of the pending Rule 59(e) motion.

Respectfully submitted,                                          Dated: March 24, 2026

/s/ Angeliina Lynn Lawson

Angeliina Lynn Lawson, Plaintiff, Pro Se

1914 5th Avenue, Leavenworth, Kansas 66048 | (913) 972-1661 | AngeliinaCourtRecords@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 24th day of March, 2026, I filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's electronic filing system. No summons has issued in this matter, and no defendant has appeared or been served. Because Plaintiff is proceeding in forma pauperis and service was withheld pending screening, no separate service was made at this time.

_/s/ Angeliina Lynn Lawson_

Angeliina Lynn Lawson

1