# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS



SKYLER B. O'HARA
CLERK OF COURT
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

STEPHANIE MICKELSEN
CHIEF DEPUTY CLERK
E-MAIL: stephanie_mickelsen@ksd.uscourts.gov
(913) 735-2235

490 U.S.COURTHOUSE
444 SE QUINCY ST
TOPEKA, KS 66683

204 U.S.COURTHOUSE
401 N MARKET ST
WICHITA, KS 67202

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVE
KANSAS CITY, KS 66101

March 24, 2026

**SEE NOTICE OF ELECTRONIC FILING (Pro Se Appellant Appeal)**

RE: Lawson v. Anderson County, Kansas et al
District Court Case No. 5:26-cv-04006-TC-ADM
Notice of Appeal filed by Plaintiff Angeliina Lynn Lawson
Fee Status: NOT PAID

The following documents are for the parties in connection with the Notice of Appeal – Docket Sheet, Order (Doc. 13), Judgment (Doc. 14), Motion to Alter or Amend Judgment (Doc. 15 – still pending), and Notice of Appeal (Doc. 16).

If you have any questions, please contact the Office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at (303) 844-3157.

Sincerely,
Skyler B. O'Hara
Clerk of the Court

By: s/ M. McGivern, Deputy Clerk

cc: Clerk, U.S. Court of Appeals