UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                           Jane K. Castro
Clerk of Court                                                              Chief Deputy Clerk

June 24, 2026


Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
444 Southeast Quincy
U.S. Courthouse
Room 490
Topeka, KS 66683-0000


**RE:     26-3048, Lawson v. Anderson County, Kansas, et al**
          Dist/Ag docket: 5:26-CV-04006-TC-ADM

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 2, 2026 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.


                                        Sincerely,


                                        Christopher M. Wolpert
                                        Clerk of Court



cc:       Angeliina Lynn Lawson



CMW/art