**In the United States District Court
for the District of Kansas**

————————

Case No. 26-cv-4006-TC-ADM

————————

ANGELIINA LYNN LAWSON,

*Plaintiff*

v.

ANDERSON COUNTY, KANSAS, ET AL.,

*Defendant*

————————

## ORDER

Plaintiff Angeliina Lawson's Complaint was dismissed. Doc. 13. Her request for reconsideration was denied. Doc. 21. Her request for relief from the judgment was denied. Doc. 26. The Tenth Circuit affirmed and issued its Mandate. Doc. 27.

Lawson now requests relief from the judgment again. Doc. 28. That request is denied because she has not established entitlement to relief under Rule 60(b). *See Bond v. Sheriff of Ottawa Cnty.*, 173 F.4th 1265, 1310 (10th Cir. 2026) (quoting *Zurich N. Am.* v. *Matrix Serv., Inc.*, 426 F.3d 1281, 1289 (10th Cir. 2005)) ("Rule 60(b) relief is extraordinary and may only be granted in exceptional circumstances."). Lawson requests relief so she may file an amended complaint that addresses the reasons her original Complaint was deficient. Doc. 28 at 1. But a Rule 60(b) motion is not a vehicle to advance new arguments or facts. *Choice Hospice, Inc. v. Axxess Tech. Sols., Inc.*, 125 F.4th 1000, 1012 (10th Cir. 2025). Accordingly, Lawson's motion, Doc. 28, is DENIED.

It is so ordered.

Date: July 9, 2026          _s/ Toby Crouse_____
                            Toby Crouse

1

2

United States District Judge